IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA

v.                    NO. 4:11CR00114-001   SWW

CONTESSA CLARK

## ORDER

The Court shall modify the Judgment and Commitment filed February 17, 2012 [doc #58] to include an additional condition that was ordered at the sentencing hearing to the *Additional Probation Terms, page 3 of 5,* as follows:

Condition #4: Defendant shall serve a period of SIX (6) MONTHS in home detention with electronic monitoring under the supervision and guidance of the U. S. Probation Office. The cost of such monitoring is to be paid by the United States Probation Office.

IT IS THEREFORE ORDERED that the Judgment and Commitment be amended to reflect the above-stated condition and that all other terms and conditions of defendant's Judgment and Commitment shall remain unchanged and in full force and effect.

IT IS SO ORDERED, this 22nd day of February 2012.

/s/Susan Webber Wright
United States District Judge